IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
FREDERICK R. WATKINS, JR.            : CASE NO. 1:13 CV 2160
                                                             :
                                         Plaintiff,     :
                                                             :
         -vs-                                         :
                                                             :
                                                             :
COMMISSIONER OF SOCIAL         : <u>ORDER ADOPTING THE</u>
SECURITY,                                      : <u>MAGISTRATE JUDGE'S REPORT AND</u>
                                                             : <u>RECOMMENDATION AND AFFIRMING</u>
                                        Defendant.  <u>THE COMMISSIONER'S DECISION</u>
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     Plaintiff Frederick R. Watkins, Jr., seeks judicial review of a final decision of the Commission denying his application for Disability Insurance Benefits (DIB) under Title II of the Social Security Act (the Act), 42 U.S.C. §§ 401-433.  This matter was automatically referred to United States Magistrate Judge Vernelis K. Armstrong for a Report and Recommendation ("R&R"), pursuant to Local Civil Rule 72.2(b).  In her R&R, Magistrate Judge Armstrong recommended that the Court affirm the

Commissioner's decision. There were no objections filed by either party. Therefore, the Magistrate Judge's recommendation is accepted and the decision of the Commissioner is affirmed.

    IT IS SO ORDERED.

                            /s/ Lesley Wells
                            UNITED STATES DISTRICT JUDGE

Dated: 23 June 2014